# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| BRYANT R. ASHCRAFT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:13-cv-00417-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2015 Order.

December 21, 2015

Frank G. Johns, Clerk
United States District Court